IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00391-WYD-PAC

RELEXUS, INC., a Delaware corporation;
ANATOLY V. PESHKOV; and
OKSANA V. PESHKOVA,

     Plaintiffs,

v.

IGOR BOYCHENKO;
MICHAEL ERMAKOV;
VICTOR L. BORISOV;
IVAN Y. POPOV;
IOSIF BASIS;
RELEX, INC., a de facto corporation believed to have been organized under the laws of the Russian Federation;
SOLOVATSOFT, INC., a California corporation; and
AMERICAN COMPUTER SYSTEMS, INC., a California corporation,

     Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss with Prejudice (filed September 22, 2006).  The motion seeks to dismiss the case on the basis that the parties have reached a global settlement of the case.  After a careful review of the motion and the file, it is

ORDERED that the Joint Motion to Dismiss with Prejudice is **GRANTED**.  In accordance therewith, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own attorneys' fees and costs.

Dated: October 4, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge